UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JONETTE DOMINIQUE NAGRA** | * | NO. 2:23-cv-01955 |
| *Plaintiff,* | * | |
| | * | **JUDGE:** |
| vs. | * | **JAY C. ZAINEY** |
| | * | |
| **CHUBB EUROPEAN GROUP SE** | * | **MAGISTRATE JUDGE:** |
| **SUBSCRIBING TO CERTIFICATE** | * | **JANIS VAN MEERVELD** |
| **NUMBER VBWD533834R6 and** | * | |
| **CERTAIN UNDERWRITERS AT** | * | |
| **LLOYDS, LONDON** | * | |
| *Defendant.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO DISMISS WITH PREJUDICE

**NOW COMES,** Plaintiff, Jonette Dominique Nagra, through undersigned counsel, and hereby moves to dismiss any and all claims in this matter against Defendant, Chubb European Group SE Subscribing to Certificate Number VBWD533834R6 and Certain Underwriters at Lloyds, London, with prejudice, on the grounds that Plaintiff's claims have been fully resolved and compromised, each party to bear their own costs.

Respectfully submitted,

**BROUSSARD INJURY LAWYERS**
*Attorneys for Plaintiff*

[signature]

**MYLES D. RANIER (#30029)**
**AARON BROUSSARD (#30134)**
1301 Common Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-2450
Email: myles@broussardfirm.com

Page **1** of **2**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this date been served on all counsel of record in these proceedings by:

|     |     |     |     |
| --- | --- | --- | --- |
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | Electronic Mail | ( x ) | ECF |

Lake Charles, Louisiana, this  9  day of   April   2024.

                                               ***/s/ Myles D. Ranier***
                                               MYLES D. RANIER